```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21879
   NICHOLAS S CARNEY
   ANDRINA M DELGADO                        CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-3751     SSN XXX-XX-1239

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/20/2007 and was confirmed 01/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------

ACME CONTINENTAL C U       SECURED           4786.00        229.89         1146.93
ACME CONTINENTAL C U       MORTGAGE ARRE     1281.00           .00             .00
CHASE MORTGAGE SERVICES    CURRENT MORTG        .00            .00             .00
CHASE MORTGAGE SERVICES    MORTGAGE ARRE    25950.73           .00             .00
ILLINOIS DEPT OF REVENUE   PRIORITY          2419.61           .00             .00
INTERNAL REVENUE SERVICE   PRIORITY          1784.05           .00             .00
ACTIVITY COLLECTION SVC    UNSECURED          311.32           .00             .00
AMERICASH LOANS LLC        UNSECURED          634.81           .00             .00
HAND AND PLASTIC SURGERY   UNSECURED        NOT FILED          .00             .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED          .00             .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED          .00             .00
AT&T                       UNSECURED        NOT FILED          .00             .00
DIRECT TV                  UNSECURED        NOT FILED          .00             .00
CFC DEFICIENCY RECOVERY    UNSECURED        NOT FILED          .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          616.24           .00             .00
CHECK N GO                 UNSECURED        NOT FILED          .00             .00
DAIMLER CHRYSLER SERVICE   UNSECURED        NOT FILED          .00             .00
CHRYSLER CREDIT            NOTICE ONLY      NOT FILED          .00             .00
CITY OF CHICAGO DEPT OF    UNSECURED        NOT FILED          .00             .00
CITY OF CHICAGO PARKING    UNSECURED         3710.00           .00             .00
CITY OF CHICAGO DEPT OF    UNSECURED        NOT FILED          .00             .00
CACH LLC                   UNSECURED        NOT FILED          .00             .00
SBC AMERITECH              UNSECURED        NOT FILED          .00             .00
AGRICULTURE AMERITECH FA   NOTICE ONLY      NOT FILED          .00             .00
AMERITECH                  NOTICE ONLY      NOT FILED          .00             .00
COMCAST                    UNSECURED        NOT FILED          .00             .00
CREDIT ONE BANK            NOTICE ONLY      NOT FILED          .00             .00
CREDIT PROTECTION ASSOCI   UNSECURED        NOT FILED          .00             .00
AGRICULTURE PATHOLOGY CO   UNSECURED        NOT FILED          .00             .00
DIRECT TV                  UNSECURED        NOT FILED          .00             .00
HOME COMING FUNDING NE     NOTICE ONLY      NOT FILED          .00             .00
HOMECOMING                 NOTICE ONLY      NOT FILED          .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 21879 NICHOLAS S CARNEY & ANDRINA M DELGADO
```

```
HOMEQ SERVICING CORP      NOTICE ONLY    NOT FILED              .00           .00
HOMEQ SERVICING CORP      NOTICE ONLY    NOT FILED              .00           .00
HSBC NV                   NOTICE ONLY    NOT FILED              .00           .00
DR KAUSHIK J PANDYA       UNSECURED      NOT FILED              .00           .00
LINEBARGER GOGGAN BLAIR   UNSECURED      NOT FILED              .00           .00
MARY DEAN ONAYEMI         UNSECURED      NOT FILED              .00           .00
LASALLE BANK NATIONAL     NOTICE ONLY    NOT FILED              .00           .00
MATRIX FINANCIAL SERVICE  NOTICE ONLY    NOT FILED              .00           .00
MATRIX FINCL              NOTICE ONLY    NOT FILED              .00           .00
SBC ILLINOIS              NOTICE ONLY    NOT FILED              .00           .00
MOON E KIM MD             UNSECURED      NOT FILED              .00           .00
NEW CENTURY MORTGAGE COR  NOTICE ONLY    NOT FILED              .00           .00
GREGORY EMERGENCY PH      UNSECURED      NOT FILED              .00           .00
MEDCLEAR                  UNSECURED      NOT FILED              .00           .00
NEW CENTURY MORTGAGE COR  NOTICE ONLY    NOT FILED              .00           .00
NICOR GAS                 UNSECURED      NOT FILED              .00           .00
NICOR GAS                 UNSECURED      NOT FILED              .00           .00
NICOR GAS                 NOTICE ONLY    NOT FILED              .00           .00
OPTION ONE MORTGAGE       NOTICE ONLY    NOT FILED              .00           .00
OPTION ONE MORTGAGE       NOTICE ONLY    NOT FILED              .00           .00
GREGORY EMERGENCY         UNSECURED      NOT FILED              .00           .00
GREGORY EMERGENCY         UNSECURED      NOT FILED              .00           .00
GREGORY EMERGENCY         UNSECURED      NOT FILED              .00           .00
ST FRANCIS HOSPITAL OF E  UNSECURED      NOT FILED              .00           .00
ST FRANCIS HOSPITAL OF E  UNSECURED      NOT FILED              .00           .00
ST FRANCIS HOSPITAL OF E  UNSECURED      NOT FILED              .00           .00
ST FRANCIS HOSPITAL OF E  UNSECURED      NOT FILED              .00           .00
ST FRANCIS HOSPITAL OF E  UNSECURED      NOT FILED              .00           .00
ST FRANCIS HOSPITAL OF E  UNSECURED      NOT FILED              .00           .00
ST FRANCIS HOSPITAL OF E  UNSECURED      NOT FILED              .00           .00
AT&T                      UNSECURED      NOT FILED              .00           .00
VILLAGE OF CALUMET PARK   UNSECURED      NOT FILED              .00           .00
RMI/MCSI                  UNSECURED         550.00              .00           .00
VILLAGE OF CALUMET PARK   UNSECURED      NOT FILED              .00           .00
VILLAGE OF CALUMET PARK   NOTICE ONLY    NOT FILED              .00           .00
VILLAGE OF CALUMET PARK   NOTICE ONLY    NOT FILED              .00           .00
VILLAGE OF CALUMET PARK   UNSECURED      NOT FILED              .00           .00
VILLAGE OF CALUMET PARK   UNSECURED      NOT FILED              .00           .00
VILLAGE OF CALUMET PARK   UNSECURED      NOT FILED              .00           .00
VILLAGE OF CALUMET PARK   NOTICE ONLY    NOT FILED              .00           .00
VILLAGE OF CALUMET PARK   NOTICE ONLY    NOT FILED              .00           .00
SOUTHERN ILLINOIS UNIVER  NOTICE ONLY    NOT FILED              .00           .00
SOUTHERN ILLINOIS UNIVER  UNSECURED      NOT FILED              .00           .00
AMERITECH                 NOTICE ONLY    NOT FILED              .00           .00
ST FRANCIS HOSPITAL & HE  UNSECURED      NOT FILED              .00           .00
T MOBILE                  UNSECURED         713.21              .00           .00
UNVL CITI                 NOTICE ONLY    NOT FILED              .00           .00
US DEPT OF EDUCATION      UNSECURED      NOT FILED              .00           .00
US DEPT OF EDUCATION      UNSECURED        4901.61              .00           .00
```

```
SOUTHWEST CREDIT            NOTICE ONLY    NOT FILED              .00              .00
INTERNAL REVENUE SERVICE    UNSECURED           3.72              .00              .00
ILLINOIS DEPT OF REVENUE    UNSECURED         771.04              .00              .00
LASALLE BANK NATIONAL       NOTICE ONLY    NOT FILED              .00              .00
GREGORY EMERGENCY           UNSECURED      NOT FILED              .00              .00
GREGORY EMERGENCY           UNSECURED      NOT FILED              .00              .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         793.09              .00              .00
GLENDA J GRAY               DEBTOR ATTY    3,474.00                          1,810.25
TOM VAUGHN                  TRUSTEE                                            269.66
DEBTOR REFUND               REFUND                                                .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  3,456.73

PRIORITY                                                .00
SECURED                                            1,146.93
   INTEREST                                          229.89
UNSECURED                                               .00
ADMINISTRATIVE                                     1,810.25
TRUSTEE COMPENSATION                                 269.66
DEBTOR REFUND                                           .00
                         ---------------       ---------------
TOTALS                   3,456.73                  3,456.73
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                    /s/ Tom Vaughn
   Dated: 12/22/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE